PROB 12B
ED/AR (12/2012)



**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 17 2014

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

# United States District Court
## for the
## Eastern District of Arkansas

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Joseph Maglie                         Case Number: 4:07CR00080 JLH

Name of Sentencing Judicial Officer:    Honorable J. Leon Holmes
                                        United States District Judge

Original Offense:   Possession of Child Pornography, a Class C Felony

Date of Sentence:   December 8, 2008

Original Sentence:  60 months Bureau of Prisons, 10 years supervised release, DNA, sex offender registration, participate in sex offender treatment under the guidance and supervision of the probation officer and abide by the rules, requirements and conditions of the treatment program including submitting to polygraph testing to aid in the treatment and supervision process; no direct contact with minors; refrain from entering into any area where children frequently congregate including, but not limited to, schools, daycare centers, theme parks, theaters, and playgrounds; prohibited from possessing, subscribing to, or viewing any video, magazines, or literature depicting children in the nude or in sexually explicit positions; and a $100 special penalty assessment.

| | | |
|---|---|---|
| Type of Supervision: Supervised Release | Date Supervision Commenced: May 17, 2013<br>Date Supervision Expires: May 16, 2023 | |
| U.S. Probation Officer: MeKisha Childers<br>Phone No.: 501-604-5252 | Asst. U.S. Attorney: Marsha Clevenger | Defense Attorney: To be appointed |

## PETITIONING THE COURT

☐   To extend the term of supervision for _____ year(s), for a total term of _____ years.
☒   To modify the conditions of supervision as follows:

The defendant will agree to the installation of computer monitoring software and hardware approved by the probation office. The defendant will abide by all rules and requirements of the program and will consent to unannounced examinations of all computer equipment internal and external storage devices which may include retrieval and copying of all data from the computer(s) and any internal and external peripherals and/or removal of such equipment for the purpose of conducting a more thorough inspection by the probation office or probation service representative.

Prob 12B                                -2-                     Request for Modifying the
                                                                Conditions or Terms of Supervision
                                                                with Consent of the Offender

Name of Offender: Joseph Maglie                                 Case Number: 4:07CR00080 JLH

## CAUSE

The offense of conviction involved Mr. Maglie possessing over 600 images of children involved in sexually explicit conduct, as well as two duplicate photos of two girls under the age of 18 engaged in sexually explicit conduct that Mr. Maglie photographed. Mr. Maglie admitted to downloading the images from the Internet. Mr. Maglie currently works as a free-lance photographer, and he requires the use of the internet for his business. Due to the nature of the offense, and the nature of Mr. Maglie's business, computer monitoring would provide an additional accountability measure to Mr. Maglie's supervised release. Jenniffer Horan of the Federal Public Defender's Office has been notified of this modification.

_____
MeKisha Childers
U.S. Probation Officer

Date: April 17, 2014

_____
Marsha Clevenger
Assistant U.S. Attorney

Date: 04/17/14

Approved:

_____
Supervising U.S. Probation Officer

This form is to be filed with Criminal Docketing as a motion.

THE COURT ORDERS:

☐ No Action
☐ The Extension of Supervision as Noted Above
☒ The Modification of Conditions as Noted Above
☐ Other

_____
Signature of Judicial Officer

April 17, 2014
Date

Prob 12B                                -3-                    Request for Modifying the
                                                               Conditions or Terms of Supervision
                                                               with Consent of the Offender

Name of Offender: Joseph Maglie                                Case Number: 4:07CR00080 JLH

This form is to be filed with Criminal Docketing as an order and/or petition.

c:  Assistant Federal Public Defender, Jenniffer Horan, 1401 West Capitol Avenue, Suite 490, Little Rock, AR 72201
    Assistant U.S. Attorney, Marsha Clevenger, P.O. Box 1229, Little Rock, AR 72203

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
# for the
# EASTERN DISTRICT OF ARKANSAS

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant will agree to the installation of computer monitoring software and hardware approved by the probation office. The defendant will abide by all rules and requirements of the program and will consent to unannounced examinations of all computer equipment internal and external storage devices which may include retrieval and copying of all data from the computer(s) and any internal and external peripherals and/or removal of such equipment for the purpose of conducting a more thorough inspection by the probation office or probation service representative.

Witness: _____    Signed: _____
U.S. Probation Officer                Probationer or Supervised Releasee

March 26, 2014
DATE